

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re David A. Chaumette

Appellate case number:   01-13-00957-CV

Trial court case number:  64769

Trial court:                    23rd District Court of Brazoria County

Real Party in Interest's Motion for Rehearing is denied.


        It is so ORDERED.


Judge's signature: /s/ <u>Laura Carter Higley</u>
                    Acting for the Court

Panel consists of Chief Justice Radack and Justices Higley and Brown.


Date:  <u>March 3, 2015</u>